# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JESSICA WHITE,

    Plaintiff,

v.                                                      No. CV 16-571 CG

NANCY A. BERRYHILL,
Acting Commissioner of the Social Security
Administration,

    Defendant.

## ORDER AWARDING ATTORNEY FEES PURSUANT TO
## THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**THIS MATTER** is before the Court on Plaintiff's *Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, With Memorandum in Support*, (Doc. 26), filed August 22, 2017, in which Plaintiff requests an order awarding her attorney fees in the amount of $6,596.54. On September 5, 2017, the Commissioner filed a *Joint Stipulation to Attorney's Fees Pursuant to the Equal Access to Justice Act*, (Doc. 27), stating that the parties have agreed to the award of $6,150.00 in attorney fees. Having considered the Motion, the Stipulation, and the relevant law, the Court finds that Plaintiff's Motion should be **GRANTED in part**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, With Memorandum in Support*, (Doc. 26), be **GRANTED in part**, and that attorney fees in the amount of $6,150.00 be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and be made payable to Plaintiff. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the plaintiff, not the plaintiff's attorney).

**IT IS FURTHER ORDERED THAT**, if Plaintiff's counsel receives attorney fees under both EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATE MAGISTRATE JUDGE